178 F.3d 1280
 Jerome Rogers
v.
Correctional Officer Commissioner DOC, J. Smith, Yakco,
Walker, Lt. Faust, Lt. Fisher, Miko, Knepper, Cassella, Sgt.
Shinner, Lt. Wesle, Robert Wetzel, Martin Pennsylvania
Department of Corrections, Frank D. Gillis, Superintendent,
David L. Kessling, Lieutenent, Kandis K. Discani, Super.
Assist., Donald Jones, Hearing Examiner, Robert S. Bitner,
Chief Examiner, Patricia Haughney, Mailroom Super., J.
Sommers, Unit Manager, Robert Collins, Unit
 NO. 98-7329
 United States Court of Appeals,
Third Circuit.
 March 09, 1999
 Appeal From: M.D.Pa. ,No.95cv01833
 
 1
 Appeal Dismissed.